UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS H. SPITTERS,<br>        Plaintiff,<br>    v.<br>SPITTERS and GARY LOEBNER,<br>        Defendants. | Case Nos. 5:25-cv-03837 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Yvonne Gonzales Rogers for consideration of whether the case is related to 5:18-cv-02759 BLF, *Thomas Heaton Spitters v. Gary Loebner.*

**IT IS SO ORDERED.**

Dated: May 7, 2025

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 25-cv-03837NC
SUA SPONTE JUDICIAL REFERRAL